TV-32 DIGITAL VENTURES INC.
1010 Corporation Way
Palo Alto, CA 94303
Telephone: (650) 254-1233

Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 09-58098 ASW 11 |
| TV-32 DIGITAL VENTURES INC., a California corporation<br>Tax ID: 20-1198608<br><br>Debtor. | Chapter 11<br><br>**APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL** |

TO: THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE:

The application of TV-32 DIGITAL VENTURES INC., Debtor and Debtor-in-Possession ("Applicant") respectfully represents:

1. Applicant is the Debtor and Debtor-in-Possession in this chapter 11 case.

2. Pursuant to B.L.R. 4002-1, Applicant requests the designation of Booker T. Wade, Jr., 1010 Corporation Way, Palo Alto, CA 94303, Tel: (650) 254-1233, as the natural person responsible for the duties and obligations of Applicant. Mr. Wade is the Debtor's principal.

///

///

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5181.001

1

Application for Appointment of Responsible Individual

Case: 09-58098   Doc# 12   Filed: 10/01/09   Entered: 10/01/09 10:47:43   Page 1 of 2

WHEREFORE, Applicant requests that the Court designate Booker T. Wade, Jr. as the natural person for the Debtor pursuant to B.L.R. 4002-1, and for such further order as the Court deems appropriate.

Dated: September 30, 2009

TV-32 DIGITAL VENTURES INC.

By: /s/ Booker T. Wade
Booker T. Wade, Jr., principal of TV-32 Digital Ventures Inc., Debtor and Debtor-in-Possession

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

2

Application for Appointment of Responsible Individual

5181.001    Case: 09-58098    Doc# 12    Filed: 10/01/09    Entered: 10/01/09 10:47:43    Page 2 of 2