MATTHEW J. SHIER (SBN: 72638)
JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for
TV-32 DIGITAL VENTURES INC.,
Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>TV-32 DIGITAL VENTURES INC., a California corporation,<br>Tax ID: 20-1198608<br><br>Debtor. | Case No. 09-58098 ASW 11<br><br>Chapter 11<br><br>CHAPTER 11 STATUS CONFERENCE STATEMENT<br><br>Date: October 30, 2009<br>Time: 2:00 p.m.<br>Courtroom: 3020, 3rd Floor<br>The Honorable Arthur S. Weissbrodt |

TO: THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE:

TV-32 DIGITAL VENTURES INC., Debtor and Debtor-in-Possession (the "Debtor"), respectfully submits this Chapter 11 Status Conference Statement:

1. The Debtor filed a voluntary chapter 11 bankruptcy petition on September 23, 2009, on the eve of Sonoma National Bank's foreclosure sale of Debtor's 21,500 square foot commercial real property located at 1010 Corporation Way, Palo Alto, California 94303 (APN 116-01-025).

2. On October 8, 2009, Debtor filed its Schedules A, B, D, E, F, G and H and Statement of Financial Affairs (see Docket No. 14, erroneously listed as "amended" schedules).

3. Pinnacle Law Group LLP was appointed as the Debtor's general bankruptcy attorneys pursuant to an order of the Court entered on October 16, 2009 (see Docket No. 16).

4. Booker T. Wade was designated Debtor's responsible individual pursuant to an order of the Court entered on October 16, 2009 (see Docket No. 17).

5. On October 20, 2009, Debtor filed its Amended Schedules A, B, D, E, F, G and H and Statement of Financial Affairs (see Docket No. 19).

6. On October 22, 2009, Debtor attended the Initial Debtor Interview conducted by Brian Martinson, United States Trustee.

7. The First Meeting of Creditors is scheduled for October 28, 2009.

8. The Debtor's business plan is to lease up the real property such that the rent stream will service as much of the secured debt as possible. Presently, the Debtor is receiving approximately $8,500 in rent while debt service on the 1st and 2nd deeds of trust exceeds $23,000; however, the holder of the 2nd has advised Debtor that it will forbear from attempting to enforce its deed of trust if current debt service on the 1st can be maintained. Simultaneously, the Debtor intends to pursue sale or refinancing of the property to satisfy the secured debt and to realize what the Debtor believes to be substantial equity in the property. The Debtor hopes to delay filing of its plan and disclosure statement pending its efforts fully to lease up the property.

9. Debtor recommends that the Court hold another status conference approximately 60 days from now.

Dated: October 23, 2009            PINNACLE LAW GROUP LLP

By:   /s/ Matthew J. Shier
      Matthew J. Shier, Attorneys for
      TV-32 DIGITAL VENTURES INC., Debtor
      and Debtor-in-Possession

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5181.001     2     CHAPTER 11 STATUS CONFERENCE STATEMENT

Case: 09-58098    Doc# 22    Filed: 10/23/09    Entered: 10/23/09 09:57:01    Page 2 of 3

# CERTIFICATE OF SERVICE

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On October 23, 2009, I served the documents described as:

**CHAPTER 11 STATUS CONFERENCE STATEMENT**

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

TV-32 DIGITAL VENTURES INC.
c/o Booker T. Wade
605 Forest Avenue
Palo Alto, CA 94301

Andrew Zighelboim
450 West Santa Clara Street
San Jose, CA 95113
azighelboim@collierparrish.com

The Honorable Arthur S. Weissbrodt
United States Courthouse, Room 3020
280 South First Street
San Jose, CA 95113-3099
**Attention: CHAMBERS COPIES**

[X]  U.S. MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth above.

[X]  BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users.

Office Of The United States Trustee
USTPRegion17.SJ.ECF@usdoj.gov,
ltroxas@hotmail.com

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on October 23, 2009, at San Francisco, California.

/s/ Mike Terry
MIKE TERRY

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5181.001     3     CHAPTER 11 STATUS CONFERENCE STATEMENT

Case: 09-58098    Doc# 22    Filed: 10/23/09    Entered: 10/23/09 09:57:01    Page 3 of 3