MATTHEW J. SHIER (SBN: 72638)
JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for
TV-32 DIGITAL VENTURES INC.,
Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>TV-32 DIGITAL VENTURES INC., a California corporation,<br>Tax ID: 20-1198608<br><br>                Debtor. | Case No. 09-58098 ASW 11<br><br>Chapter 11<br><br>DEBTOR'S STATEMENT OF NON-OPPOSITION – MOTION RE SINGLE ASSET REAL ESTATE<br><br>Date: November 23, 2009<br>Time: 1:45 p.m.<br>Courtroom: 3020, 3rd Floor<br>The Honorable Arthur S. Weissbrodt |

TO: THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE:

    TV-32 DIGITAL VENTURES INC., Debtor and Debtor-in-Possession (the "Debtor"), hereby states that it does not oppose the motion of Sterling Savings Bank for an order

5181.001          1          **DEBTOR'S STATEMENT OF NON-OPPOSITION – MOTION RE SINGLE ASSET REAL ESTATE**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 09-58098    Doc# 27    Filed: 11/09/09    Entered: 11/09/09 16:22:07    Page 1 of 3

1
2  determining that the moving party's secured claim herein is a claim against "single asset real
3  estate" as defined by 11 U.S.C. § 101(51B).
4
5  Dated: October 23, 2009                    PINNACLE LAW GROUP LLP
6
7                                             By:    /s/ Matthew J. Shier
                                                  Matthew J. Shier, Attorneys for
8                                                 TV-32 DIGITAL VENTURES INC., Debtor
                                                  and Debtor-in-Possession
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  5181.001                                2       **DEBTOR'S STATEMENT OF NON-OPPOSITION –
                                                    MOTION RE SINGLE ASSET REAL ESTATE**

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

# CERTIFICATE OF SERVICE

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On November 9, 2009, I served the documents described as:

**DEBTOR'S STATEMENT OF NON-OPPOSITION – MOTION RE SINGLE ASSET REAL ESTATE**

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| TV-32 DIGITAL VENTURES INC.<br>c/o Booker T. Wade<br>605 Forest Avenue<br>Palo Alto, CA 94301 | Andrew Zighelboim<br>450 West Santa Clara Street<br>San Jose, CA 95113<br>azighelboim@collierparrish.com |

The Honorable Arthur S. Weissbrodt
United States Courthouse, Room 3020
280 South First Street
San Jose, CA 95113-3099
**Attention: CHAMBERS COPIES**

[X] U.S. MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth above.

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users.

Office Of The United States Trustee
USTPRegion17.SJ.ECF@usdoj.gov,
ltroxas@hotmail.com

Attorney for Sterling Savings Bank
rstevenson@abbeylaw.com

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on November 9, 2009, at San Francisco, California.

/s/ Heather Pruitt
Heather Pruitt

5181.001     3     **DEBTOR'S STATEMENT OF NON-OPPOSITION – MOTION RE SINGLE ASSET REAL ESTATE**