MATTHEW J. SHIER (SBN: 72638)
JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for
TV-32 DIGITAL VENTURES INC.,
Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>TV-32 DIGITAL VENTURES INC., a California corporation,<br>Tax ID: 20-1198608<br><br>Debtor. | Case No. 09-58098 ASW 11<br><br>Chapter 11<br><br>Petition Filed: September 23, 2009<br><br>**Disclosure Statement Hearing:**<br><br>Date: **February 5, 2010**<br>Time: **2:00 p.m.**<br>Place: United States Courthouse, Room 3020<br>280 South First Street<br>San Jose, CA 95113-3099<br>The Honorable Arthur S. Weissbrodt |

## NOTICE OF HEARING ON DEBTOR'S DISCLOSURE STATEMENT

**To: Creditors and Other Interested Persons:**

**PLEASE TAKE NOTICE** that a Disclosure Statement and a Plan under chapter 11 of the Bankruptcy Code, have been filed by TV-32 DIGITAL VENTURES INC., the above-named Debtor, on December 22, 2009, and that notice is hereby given that:

1. The hearing to consider the approval of the disclosure statement shall be held on **February 5, 2010 at 2:00 p.m**.

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5181.001        1        **DEBTOR'S DISCLOSURE STATEMENT**

Case: 09-58098    Doc# 33    Filed: 12/22/09    Entered: 12/22/09 12:53:23    Page 1 of 2

2. As provided in F.R.B.P. 3017(a) and B.L.R. 3017-1, **January 29, 2010** is fixed as the last day for filing and serving written objections to the disclosure statement.

3. Within 7 days hereof, the disclosure statement and plan shall be distributed in accordance with F.R.B.P. 3017(a).

4. Requests for copies of the disclosure statement and plan shall be mailed to the Debtor's counsel at the addresses set forth above.

Dated: December 22, 2009        PINNACLE LAW GROUP LLP


By: /s/ Matthew J. Shier
    MATTHEW J. SHIER
    Attorneys for Debtor