MATTHEW J. SHIER (SBN: 72638)
JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for
TV-32 DIGITAL VENTURES INC.,
Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>TV-32 DIGITAL VENTURES INC., a California corporation,<br>Tax ID: 20-1198608<br><br>                Debtor. | Case No. 09-58098 ASW 11<br><br>Chapter 11<br><br>CHAPTER 11 STATUS CONFERENCE STATEMENT<br><br>Date: December 14, 2010<br>Time: 2:15 p.m.<br>Courtroom: 3020, 3rd Floor<br>The Honorable Arthur S. Weissbrodt |

TO: THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE:

      TV-32 DIGITAL VENTURES INC., Debtor and Debtor-in-Possession (the "Debtor") hereby respectfully submit a Chapter 11 Status Conference Statement:

      1.      Following the last hearing in this case on September 23, 2010, the Debtor filed, on November 9, 2010, its 3rd Amended Chapter 11 Plan, its 3rd Amended Disclosure Statement and a Notice of Hearing on the Disclosure Statement.

      2.      Hearing on Debtor's Third Amended Disclosure Statement is set for December 14, 2010

5181.001                             1                   CHAPTER 11 STATUS CONFERENCE STATEMENT

3. The Debtor believes that the Plan is supported by the holder of the 2nd deed of trust against the Debtor's real property, Capital Access Group whose claim is guaranteed by the United States of America Small Business Administration.

4. Sterling Savings Bank opposes the Plan and has filed an objection to the Disclosure Statement.

WHEREFORE, the parties respectfully submit that the Court should make such orders as it deems appropriate.

Dated: December 9, 2010     PINNACLE LAW GROUP LLP

By: /s/ Matthew J. Shier
Matthew J. Shier, Attorneys for
TV-32 DIGITAL VENTURES INC., Debtor
and Debtor-in-Possession

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5181.001     2     CHAPTER 11 STATUS CONFERENCE STATEMENT

Case: 09-58098    Doc# 104    Filed: 12/09/10    Entered: 12/09/10 15:35:30    Page 2 of 3

# CERTIFICATE OF SERVICE

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On December 9, 2010, I served the documents described as:

**CHAPTER 11 STATUS CONFERENCE STATEMENT**

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Arlene Stevens<br>P.O. Box 51310<br>Palo Alto, CA 94303<br>Phone: 650–814-4146 | Arlene D. Stevens<br>3575 Tripp Road<br>Woodside, CA 94062-3635 |
| Capital Business Group, Inc.<br>d/b/a Capital Access Group<br>150 California Street, Suite 250<br>San Francisco, CA 94111-4526 | U.S. Small Business Administration<br>455 Market Street, 6th Floor<br>San Francisco, CA 94105-2449 |
| **Attention: CHAMBERS COPIES**<br>The Honorable Arthur S. Weissbrodt<br>United States Courthouse, Room 3020<br>280 South First Street<br>San Jose, CA 95113-3099 | TV-32 DIGITAL VENTURES INC.<br>c/o Booker T. Wade<br>605 Forest Avenue<br>Palo Alto, CA 94301 |

[X] U.S. MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth above.

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users.

Office Of The United States Trustee
USTPRegion17.SJ.ECF@usdoj.gov,
ltroxas@hotmail.com

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on December 9, 2010, at San Francisco, California.

/s/ Mike Terry
MIKE TERRY

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5181.001  3  CHAPTER 11 STATUS CONFERENCE STATEMENT