# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: TV-32 DIGITAL VENTURES INC.

Case No. 09-58098 ASW 11

**CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 02/28/11     **PETITION DATE:** 09/23/09

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $534 | $534 | |
| b. Total Assets | $4,451,534 | $4,451,534 | $4,602,250 |
| c. Current Liabilities | $13,524 | $13,524 | |
| d. Total Liabilities | $3,678,329 | $3,678,329 | $3,788,226 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $12,790 | $17,236 | $140,192 |
| b. Total Disbursements | $11,942 | $18,657 | $138,810 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $848 | ($1,421) | $1,382 |
| d. Cash Balance Beginning of Month | $534 | $1,955 | $0 |
| e. Cash Balance End of Month (c + d) | $1,382 | $534 | $1,382 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. **Post-Petition Liabilities** | $13,524 | $13,524 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $13,524 | $13,524 | |

**At the end of this reporting month:**     **Yes**     **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)    x
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    x
10. If the answer is yes to 8 or 9, were all such payments approved by the court?    n/a
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)    x
12. Is the estate insured for replacement cost of assets and for general liability?    x
13. Are a plan and disclosure statement on file?    x
14. Was there any post-petition borrowing during this reporting period?    x

15. Check if paid: Post-petition taxes ___ ;    U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 03/18/2011      /s/ Booker T. Wade
                           Responsible Individual

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended    02/28/11

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $534 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $534 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | $4,350,000 |
| 9 | Furniture, Fixtures, and Equipment | | $101,000 |
| 10 | Vehicles | | |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $4,451,000 |
| 18 | **Total Assets** | | $4,451,534 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $13,524 |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $13,524 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $13,524 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $3,618,704 |
| 29 | Secured claims (other) | | $65 |
| 30 | Priority unsecured claims | | $24,670 |
| 31 | General unsecured claims | | $21,366 |
| 32 | **Total Pre-Petition Liabilities** | | $3,664,805 |
| 33 | **Total Liabilities** | | $3,678,329 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $773,205 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,451,534 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | **Property 1** | **Property 2** | **Property 3** |
|---|---|---|---|---|
| 1 | **Description of Property** | Office building - 1010 Corporation Way, Palo Alto | | |
| 2 | **Scheduled Gross Rents** | $21,400 | | |
| | Less: | | | |
| 3 | Vacancy Factor | $15,400 | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | **Total Deductions** | $15,400 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $6,000 | $0 | $0 |
| 8 | **Less: Rents Receivable (2)** | $6,000 | | |
| 9 | **Scheduled Net Rents Collected (2)** | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

| | | **Account 1** | **Account 2** | **Account 3** |
|---|---|---|---|---|
| 10 | **Bank** | Union Bank Checking | | |
| 11 | **Account No.** | 2180063989 | | |
| 12 | **Account Purpose** | | | |
| 13 | **Balance, End of Month** | $534 | | |
| 14 | **Total Funds on Hand for all Accounts** | $534 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 02/28/11

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $12,790 | $140,192 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $12,790 | $140,192 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | 11,500.00 | 57,500.00 |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | 7,468.00 |
| 30 | Other Taxes | | 33.50 |
| 31 | Other Cash Outflows: | | |
| 32 | Insurance | | 9,697.00 |
| 33 | Security | | 2,749.00 |
| 34 | Repairs | | 8,713.00 |
| 35 | Cleaning/Supplies | 421.84 | 5,050.87 |
| 36 | Bank Fee/ Trustee Fee | 20.00 | 609.92 |
| | Landscape/Gardener | | 2,400.00 |
| | Utilities | | 44,588.58 |
| 37 | **Total Cash Disbursements:** | $11,942 | $138,810 |
| 38 | **Net Increase (Decrease) in Cash** | $848 | $1,382 |
| 39 | **Cash Balance, Beginning of Period** | $534 | |
| 40 | **Cash Balance, End of Period** | $1,382 | 1,382 |

Revised 1/1/98

**TV 32 DIGITAL VENTURES INC**
**28-Feb-11**

|  |  |  |  |  | Payment |
|---|---|---|---|---|---|
| **Number** | **Date** | **Payee/Deposit** | **Description** | **Invoice** | **Amount** |
| 314 | 2/3/2011 | Josefina Perez |  |  | -200.00 |
| 315 | 2/15/2011 | Sterling Savings Bank |  |  | -11,500.00 |
| 262 | 2/17/2011 | Josefina Perez |  |  | -221.84 |
|  | 2/28/2011 | Monthly bank fee |  |  | -20.00 |
|  |  |  |  |  | -11,941.84 |

TV 32 Digital Ventures Inc.
Bank Reconcilation
Union Bank #2180063989
   Feb-11

| | | | |
|---|---|---|---:|
| Bank balance balance in Unio Bank | | | 1,382 |
|   O/S Checks | 260 | Palo Alto Utilities | |
|   O/S Deposits | | Deposit | |
| | | Adjusted bank balance | 1,382 |
| Gernal Ledger balance in Union Bank | | | 1,382 |
|   Payment not booked | | - | |
|   Receipt not booked | | - | |
| | | Adjusted general ledger balance | 1,382 |
| Difference | | | - |



# STATEMENT OF ACCOUNTS

UNION BANK
SPECIALIZED DEPOSITS 0218
POST OFFICE BOX 515840
LOS ANGELES         CA   90051-5840

Page 1 of 3
TV-32 DIGITAL VENTURES, INC
Statement Number: 2180063989
2/1/11 - 2/28/11

Customer Inquiries
800-669-8661

Thank you for banking with us since 2009

CY30   410000 0017857070516   847936

TV-32 DIGITAL VENTURES, INC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #09-58098
1010 CORPORATION WAY
PALO ALTO CA 94303-4304

- Access account information and key online services using your smartphone with Union Bank's Mobile Business Center. Now, wherever you have mobile Internet service, you can check balances, make intra-bank transfers and approve wires securely. To enroll in mobile banking, go to the Online Business Center. To learn more, call your Relationship Manager or contact Global Treasury Management Sales at 800-883-0285.

## BASIC BUSINESS CHECKING SUMMARY

Account Number: 2180063989

Days in statement period: 28

| | | | |
|---|---|---|---|
| Beginning balance on 2/1 | $ | | 0.00 |
| Total Credits | | | 15,790.00 |
| Deposits ( 4 ) | | 15,790.00 | |
| Total Debits | | | -14,407.43 |
| Checks paid ( 4 ) | | -14,387.43 | |
| Other debits, fees and adjustments ( 2 ) | | -20.00 | |
| Ending Balance on 2/28 | $ | | 1,382.57 |

## CREDITS

### Deposits
including check and cash credits

| Date | Description | Reference | Amount |
|---|---|---|---|
| 2/1 | OFFICE DEPOSIT # 0005892776 | 87698516 | $ 3,000.00 |
| 2/3 | OFFICE DEPOSIT # 0005792793 | 87758780 | 3,586.00 |
| 2/16 | OFFICE DEPOSIT | 87139037 | 5,704.00 |
| 2/17 | OFFICE DEPOSIT | 87160198 | 3,500.00 |
| | 4 Deposits | Total amount $ | 15,790.00 |

## DEBITS

### Checks paid

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 0260 | 2/2 | $ 2,465.59 | 0314* | 2/10 | $ 200.00 | | | $ |
| 0262* | 2/22 | 221.84 | 0315 | 2/17 | 11,500.00 | | | |
| | | | 4 Checks paid | | | Total amount | $ | 14,387.43 |

* Checks missing in sequence. Out of sequence check numbers may also be located in the Electronic debits section of your statement.

### Other debits, fees and adjustments

| Date | Description | Reference | Amount |
|---|---|---|---|
| 2/28 | BANK STMT-FRONT AND BACK IMAGES (CHK) | $ | 10.00 |
| 2/28 | SERVICE CHARGE W/PAPER STATEMENT | | 10.00 |
| | 2 Other debits, fees and adjustments | Total amount $ | 20.00 |

Case: 09-58098   Doc# 119   Filed: 03/18/11   Entered: 03/18/11 16:03:04   Page 7 of 9

## Information and Banking Office Services

For each monthly statement period your account includes:
- Unlimited free Information Services calls to 24-hour Automated Direct Service
- 10 free banking office deposits

For the current monthly statement period you made:
4 banking office deposits.

Your account was not charged for information and banking office services during the statement period.

## DAILY LEDGER BALANCE

| Date | Ledger Balance | Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|---|---|
| 2/1 | $ 3,000.00 | 2/10-2/15 | $ 3,920.41 | 2/22-2/27 | $ 1,402.57 |
| 2/2 | 534.41 | 2/16 | 9,624.41 | 2/28 | 1,382.57 |
| 2/3-2/9 | 4,120.41 | 2/17-2/21 | 1,624.41 | | |

 

 

 

 

 

Case: 09-58098    Doc# 119    Filed: 03/18/11    Entered: 03/18/11 16:03:04    Page 9 of 9