ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
RACHEL K. STEVENSON, ESQ. (SBN: 172525)
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566
Telephone No.: (707) 542-5050
Facsimile No.: (707) 542-2589
rstevenson@abbeylaw.com

Attorneys for Creditor/Moving Party
Sterling Savings Bank, Successor In Interest By Merger To Sonoma National Bank

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

TV-32 DIGITAL VENTURES, INC., a California corporation,

　　　　Debtor.

Case No. 09-58098 ASW 11
Chapter 11
R.S. No. RKS/002

Date: March 28, 2011
Time: 2:15 p.m.
Location: 280 S. 1st Street, San Jose, CA
Courtroom: 3020, 3rd Floor
Hon. Arthur S. Weissbrodt

## SUPPLEMENTAL DECLARATION OF RACHEL K. STEVENSON IN SUPPORT OF STERLING SAVINGS BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY

I, RACHEL K. STEVENSON, declare as follows:

1. I am an attorney at law, licensed to practice before this Court and am associated with the law firm of Abbey, Weitzenberg, Warren & Emery, attorneys of record for Sterling Savings Bank. I have personal knowledge of the facts set forth herein and, if called upon as a witness, could and would competently testify thereto.

2. By Order of this Court entered October 8, 2010, the Debtor herein was required to make adequate protection payments to Sterling in the amount of $11,500 per month, payable on the first of each month, and no later than the sixteenth of each month.

3. As of March 17, 2011, Sterling had not received the payment due for March, 2011.

4. On March 17, 2011, I sent the Debtor, its counsel and all junior creditors notice of the Debtor's default in accordance with the terms of this Court's October 8, 2011 Order. A true and

correct copy of said notice is attached hereto as Exhibit "A" and incorporated herein by this reference as though fully set forth.

   5.   As of the filing of this Declaration, Sterling has not received the required adequate protection payment from the Debtor.

   6.   The final day for submission of payment in accordance with the aforementioned Notice is March 27, 2011, which falls on a Sunday. Therefore, if payment is not received by Monday, March 28, 2011, Sterling is entitled to relief from stay without further notice or hearing.

   I declare, under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

   Executed this 25th day of March, 2011, at Santa Rosa, California.


   /s/ Rachel K. Stevenson
   RACHEL K. STEVENSON

# EXHIBIT "A"

# NOTICE OF DELINQUENCY AND RIGHT TO CURE

TO:       TV-32 DIGITAL VENTURES, INC.
FROM:   STERLING SAVINGS BANK
DATE:    MARCH 17, 2011
RE:       DELINQUENT ADEQUATE PROTECTION PAYMENT

PURSUANT TO ORDER OF THE BANKRUPTCY COURT ENTERED OCTOBER 8, 2010, A COPY OF WHICH IS ATTACHED HERETO, YOUR MONTHLY PAYMENT OF $11,500 WAS DUE AND PAYABLE ON MARCH 16, 2011. THAT PAYMENT WAS NOT RECEIVED BY MARCH 17, 2011.

YOU HAVE TEN (10) DAYS FROM THE DATE OF THIS NOTICE TO MAKE THE PAYMENT OF $11,500, PAYABLE TO STERLING SAVINGS BANK. PAYMENT IS TO BE DELIVERED TO:

            STERLING SAVINGS BANK
            SPECIAL ASSETS DEPARTMENT
            P.O. BOX 6089
            SANTA ROSA, CA 95403

ABBEY, WEITZENBERG,
WARREN & EMERY

By: *Rachel Stevenson* (signature)
Rachel Stevenson

Entered on Docket
October 08, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed October 08, 2010

*Arthur S. Weissbrodt*
Arthur S. Weissbrodt
U.S. Bankruptcy Judge

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
RACHEL K. STEVENSON, ESQ. (SBN: 174525)
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566
Telephone No.: (707) 542-5050
Facsimile No.: (707) 542-2589
rstevenson@abbeylaw.com

Attorneys for Creditor/Moving Party
Sterling Savings Bank, Successor in Interest by Merger to Sonoma National Bank

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

TV-32 DIGITAL VENTURES, INC., a California corporation,

    Debtor.

Case No. 09-58098 ASW 11
Chapter 11
R.S. No. RKS/001

Date: September 23, 2010
Time: 10:15 a.m.
Location: 280 S. 1st Street, San Jose, CA
Courtroom: 3020, 3rd Floor
The Hon. Arthur S. Weissbrodt

**ORDER ON STERLING SAVINGS BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon the Motion for Relief from Automatic Stay filed by Sterling Savings Bank, successor in interest by merger to Sonoma National Bank, the matter having come on regularly for hearing before the undersigned United States Bankruptcy Judge on September 23, 2010, the appearances having been duly noted on the record, arguments in support of and in opposition to the motion having been considered, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, with the exception of granting Sterling Savings Bank relief from stay with respect to the commercial real property located at **1010 Corporation Way, Palo Alto, California** (the "Property") for the limited purpose of re-publishing a Notice of Trustee's Sale of the Property in accordance with California Civil Code § 2924g(c)(1), the Debtor's objection to relief from stay, as to the Property is sustained. The automatic stay shall remain in place provided that:

    1.    Sterling's counsel receives from the Debtor, no later than the close of business on

the 16th day of each month, commencing with the payment due on October 1, 2010, monthly payments in the sum of Eleven Thousand Five Hundred Dollars ($11,500.00). Said payments are due on the 1st of each month and shall be **received** by Sterling's counsel no later than the 16th of each month, commencing with the payment due on October 1, 2010, and continuing thereafter until further order of this Court. Should the Debtor default in timely making any such payments, or if a payment is determined to be non-negotiable, Sterling may give the Debtor, and any junior lien holders of record on the Property, written notice of the amount of the delinquency and of the right to cure same within ten (10) days. If the default is not thereafter cured within the 10 days, Sterling shall be entitled to submit evidence of the delinquency notice and a declaration stating that the Debtor has failed to cure the delinquency. Upon the submission of these documents, Sterling will be entitled to relief from stay without further notice or hearing.

Sterling's acceptance of any and all payments made pursuant to this order is without prejudice to its current position in the pending foreclosure under its deed of trust secured by the Property.

2. The Debtor remains current on the payment of real property taxes going forward by depositing each month, into the Debtor's counsel's trust account, the equivalent of the monthly installment necessary to remain current on all such real property taxes, and Sterling's counsel receives from the Debtor's counsel, on or before the close of business on the 16th of each month, commencing with the installment payment due for November, 2010, written confirmation that the Debtor has made such deposits. Should the Debtor default in timely making any such payments, Sterling may give the Debtor, and any junior lien holders of record on the Property, written notice of the amount of the delinquency and of the right to cure same within ten (10) days. If the default is not thereafter cured within the 10 days, Sterling shall be entitled to submit evidence of the delinquency notice and a declaration stating that the Debtor has failed to cure the delinquency.

///

///

Upon the submission of these documents, Sterling will be entitled to relief from stay without further notice or hearing.

*Approved as to form:*

*PINNACLE LAW GROUP, LLP*

*By:  /s/ Matthew J. Shier*
      *Matthew J. Shier,*
      *Attorneys for Debtor*

**END OF ORDER**

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a citizen of the United States and employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is |
| 3 | 100 Stony Point Road, Suite 200, Santa Rosa, California 95401. |
| 4 | On October 7, 2010, I served the following document(s): |
| 5 | **1. ORDER ON STERLING SAVINGS BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| 6 | |
| 7 | on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Santa Rosa, California, addressed as follows: |
| 8 | **SEE ATTACHED SERVICE LIST** |
| 9 | I declare under penalty of perjury under the laws of the State of California that the foregoing |
| 10 | is true and correct, and that this declaration was executed on October 7, 2010, at Santa Rosa, CA. |

/s/ Julie Heydel
Julie Heydel

*Case Name: In re: TV-32 Digital Ventures, Inc.*
*Case No.: 09-58098*

## COURT SERVICE LIST

| | |
|---|---|
| TV-32 Digital Ventures, Inc.<br>1010 Corporation Way<br>Palo Alto, CA 94303-4304 | Debtor |
| Matthew J. Shier<br>Pinnacle Law Group<br>425 California Street, #1800<br>San Francisco, CA 94104 | Attorney for Debtor |
| Booker T. Wade<br>1010 Corporation Way<br>Palo Alto, CA 94303-4304 | Responsible Individual |
| Office of the U.S. Trustee/SJ<br>U.S. Federal Building<br>280 S. 1st Street, #268<br>San Jose, CA 95113-3004 | U.S. Trustee |
| Arlene Stevens<br>P.O. Box 51310<br>Palo Alto, CA 94303 | Creditor |
| Brian Healy, Esq.<br>Tierney, Watson & Healy<br>595 Market St., Ste. 2360<br>San Francisco, CA 94105 | Attorney for Capital Access Group<br>(Agent for the SBA) |

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401.

On the date listed below, I served the following document(s):

**NOTICE OF DELINQUENCY AND RIGHT TO CURE**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

TV-32 Digital Ventures, Inc.
1010 Corporation Way
Palo Alto, CA 94303-4304

✓ **(BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED)** I placed each such sealed envelope, with postage fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the law office of Abbey, Weitzenberg, Warren & Emery for processing of mail, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for processing.

Matthew J. Shier
Pinnacle Law Group
425 California Street, #1800
San Francisco, CA 94104
(Attorney for the Debtor)

Booker T. Wade
1010 Corporation Way
Palo Alto, CA 94303-4304
(Responsible Individual)

Edwin Joe
Special Assistant U.S. Attorney
455 Market Street, Ste. 600
San Francisco, CA 94105-2420
(Attorney for the SBA)

✓ **(BY REGULAR MAIL)** I placed each such sealed envelope, with postage fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of the law office of Abbey, Weitzenberg, Warren & Emery for processing of mail, said practice being that in

the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for processing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 17, 2011, at Santa Rosa, CA.

_____
JULIE HEYDEL

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of Sonoma, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 100 Stony Point Road, Suite 200, Santa Rosa, California 95401.

On the date listed below, I served the following document(s):

1. **SUPPLEMENTAL DECLARATION OF RACHEL K. STEVENSON IN SUPPORT OF STERLING SAVINGS BANK'S MOTION FOR RELIEF FROM STAY.**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Santa Rosa, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 25, 2011, at Santa Rosa, CA.

/s/ *Julie Heydel*
Julie Heydel

# SERVICE LIST
## TV-32 DIGITAL VENTURES, INC.
## CASE NO. 09-058098

| | |
|---|---|
| TV-32 Digital Ventures, Inc.<br>1010 Corporation Way<br>Palo Alto, CA 94303-4304 | Debtor |
| Booker T. Wade<br>1010 Corporation Way<br>Palo Alto, CA 94303-4304 | Responsible Individual |
| Matthew J. Shier<br>Pinnacle Law Group<br>425 California Street, #1800<br>San Francisco, CA 94104 | Debtor's Attorney |
| Office of the U.S. Trustee/SJ<br>U.S. Federal Building<br>280 S. 1st Street, #268<br>San Jose, CA 95113-3004 | U.S. Trustee |
| Edwin Joe, Esq.<br>Special Assistant U.S. Attorney<br>United States Attorney's Office<br>455 Market Street, Ste. 600<br>San Francisco, CA 94105 | Attorney for U.S. Small Business Association |
| Arlene Stevens<br>P.O. Box 51310<br>Palo Alto, CA 94303 | Creditor |
| CB Richard Ellis Brokerage Services<br>Attn: Gregory S. DeLong<br>Two Palo Alto Square, Ste. 100<br>3000 El Camino Real<br>Palo Alto, CA 94306 | Creditor |
| Fidelity National Title Co., Trustee<br>TS No. 09-00354-4C<br>Attn: Tamala Dailey<br>135 Main St., Ste. 1900<br>San Francisco, CA 94105 | Creditor |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Creditor |
| Security Signal Devices, Inc.<br>1740 N. Lemon St.<br>Anaheim, CA 92801-1007 | Creditor |

| # | | |
|---|---|---|
| 1 | Small Business Administration<br>c/o Capital Access Group<br>150 California Street, Ste. 250<br>San Francisco, CA 94111 | Creditor |
| 2 | | |
| 3 | City of Palo Alto<br>Utilities Dept.<br>250 Hamilton Ave.<br>Palo Alto, CA 94301 | Creditor |
| 4 | | |
| 5 | | |
| 6 | Peninsula Air Conditioning Company<br>1690 Tacoma Way<br>Redwood City, CA 94063 | Creditor |
| 7 | | |
| 8 | Employment Development Department<br>Bankruptcy Unit - MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Creditor |
| 9 | | |
| 10 | | |
| 11 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Creditor |
| 12 | | |
| 13 | Franchise Tax Board<br>Special Procedures<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Creditor |
| 14 | | |
| 15 | | |
| 16 | Santa Clara County<br>Tax Collector's Office<br>70 West Hedding Street<br>East Wing, 6th Floor<br>San Jose, CA 95110 | Creditor |
| 17 | | |