

**ORIGINAL**

**FILED**
MAY 17 2011
CLERK
United States Bankruptcy Court
San Jose, California

Booker T. Wade Jr.
1010 Corporation Way
Palo Alto, CA 94303
415 378 6250 voice
650 965 4014 fax
bookertwade@hotmail.com

In Propria Persona

# UNITED STATES BANKRUPCTY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In Re:

TV-32 DIGITAL VENTURES, INC.,
a California Corporation,

Debtor

Bk. No. 09-58098 ASW
Chapter 11

**APPELLANT BOOKER T. WADE JR.'s DESIGNATION OF RECORD AND HEARING TRANSCRIPTS AND STATEMENT OF ISSUES ON APPEAL**

On Appeal To The

United States Bankruptcy Appellate Panel of the Ninth Circuit

**TO THE CLERK OF THE COURT:**

Appellant Booker T. Wade Jr., having filed a Notice of Appeal on May 2, 2011, from an order of the Court, dated April 18, 2011, which granted Sterling Savings Bank relief from the automatic stay, hereby submits this designation of record and transcripts and statement of issues on appeal to the United States Bankruptcy Appellate Panel for the Ninth Circuit.

I. <u>STATEMENT OF ISSUES</u>

A. Did the Bankruptcy Court err in granting Sterling Savings Bank relief from the automatic stay -

(1) by among other things implicitly and explicitly accepting the representation of the U.S. Small Business Administration that the agency would not vote to support Debtor's proposed Third Amended Reorganization Plan as a basis to find the reorganization plan infeasible?

(2) by among other things failing to make a ruling prior to granting relief from the automatic stay as to the applicability of 11 U.S.C. 1126(a) .

B. Did the Bankruptcy Court err in denying Appellant the opportunity to invoke Bankruptcy Rule 2004 examinations and production of documents?

1

## II. DESIGNATION OF CONTENTS OF RECORD

Appellant hereby designates the following items, pleadings and transcripts from the docket of the Bankruptcy Court Case No 09-58098 to be included in the record on appeal and request that the clerk of the court prepare and transmit the Certificate of Record on appeal to the United States Bankrupt icy Appellate Panel for the Ninth Circuit, pursuant to Federal Rules of Bankruptcy Procedure 8006. The designation are shown below:

May 17, 2011         *[signature]*

2

| | DATE | DOCKET | DESCRIPTION |
|---|---|---|---|
| 1 2 3 | 5/17/2011 | | Hearing Transcripts of -<br>(1) Sterling Bank's Objection to Proof of Claim of Minority Television Project Inc.<br>(2) Motion To Limit Appearance of Small Business Administration<br>(3) Ex Parte Motion Reconsideration of Orders for Pursuant to Rule 2004 |
| 4 5 6 | 5/17/ 2011 | 155 | Brief in Opposition to Booker Wade's Ex Parte Motion for Reconsideration for Orders Pursuant to Rule 2004 filed by Sterling Saving Bank |
| 7 8 | 5/10/2011 | 156 | Ex Parte Motion for Reconsideration for Orders Pursuant to Rule 2004 Authorizing and Directing the Production of Documents and Examinations |
| 9 10 11 12 | May 5, 2011 | 149 | [Proposed] Orders Denying Applications for Orders Directing Examinations of Sterling Savings Bank and Capital Access Group Inc. and For Production of Documents Pursuant to Bankruptcy Rule 2004 |
| 13 14 15 | May 4, 2011 | 147 | Applications for Orders Directing Examinations of U.S. Small Business Administration For Production of Documents Pursuant to Bankruptcy Rule 2004 |
| 16 17 | May 5, 2011 | | Applications for Orders Directing Examinations of Sterling Savings Bank and Capital Access Group Inc. and For Production of Documents Pursuant to Bankruptcy Rule 2004 |
| 18 19 20 | April 18 2011 | 130 | Order Granting Sterling Savings Bank's Motion for Relief from the Automatic Stay Hearing Continued (RE: related document(s) 35 Motion to Appoint Trustee Filed by Creditor Arlene Stevens, |
| 21 22 | 12/7/2010 | 102 | Objection *to* Debtor's Third Amended Disclosure Statement Filed by Creditor Sterling Savings Bank |
| | 4/ 1/2011 | | Hearing Transcript of Order Granting Sterling Savings Bank Motion for Relief from the automatic Stay |
| 23 24 | 11/9/2010 | 98 | Third Amended Chapter 11 Plan , Third Amended Disclosure Statement Filed by Debtor TV-32 Digital Ventures Inc. |
| 25 | 10/8/2010 | 95 | Order Temporarily Granting in part, Denying in part Motion for Relief From Stay (Related Doc # 72 ) (Entered: 10/08/2010) |
| 26 | 12/14/2010 | | Hearing Transcript Reciting U.S. Small Business Administration Non-Support of Third Amended Reorganization Plan |
| 27 28 | 3/1/2010 | 117 | Motion for Relief from Stay Filed by Creditor Sterling Savings Bank (Attachments: # 1 RS Cover Sheet # 2 Request for Judicial Notice# 3 Declaration of Lori Crechriou (with Exhibits A and B)# 4 Exhibit Exhibit C to Declaration of Lori Crechriou# 5 Exhibit D to Declaration of Lori Crechriou) |

3

| | | |
|---|---|---|
| 12/23/2010 | 106 | Pre-Hearing Statement *(SBA)* (RE: related document(s) Filed by Creditor Sterling Savings Bank |
| 12/30/2010 | 108 | Status Conference Statement *of* Booker T. Wade in Response to that of SBA |
| 7/30/2010 | 72 | Motion for Relief from Stay Filed by Creditor Sterling Savings Bank |
| 11/09/2010 | 98 | Third Amended Chapter 11 Plan , Third Amended Disclosure Statement Filed by Debtor TV-32 Digital Ventures Inc. |
| 12/07/2010 | 102 | Objection *to* Debtor's Third Amended Disclosure Statement Filed by Creditor Sterling Savings Bank |
| 12/23/2010 | 106 | Pre-Hearing Statement *(SBA)* (RE: related document(s) 102 Objection to Debtor's Third Amended Disclosure Statement (w/proof of service) |
| 8/13/2010 | 78 | Brief/Memorandum in Opposition to Sterling Savings Bank's Motion for Relief from Automatic Stay Filed by Debtor TV-32 Digital Inc. |
| 8/13/2010 | 121 | Brief/Memorandum in Opposition to Sterling Savings Bank's Motion for Relief from Automatic Stay Filed by Debtor TV-32 Digital Ventures Inc. |
| 3/10/2011 | 117 | Motion for Relief from Stay and Memorandum of Points and Authorities In Support Filed by Creditor Sterling Savings Bank (Attachments: Declaration of Lori Crechriou with Exhibits A and B)# 4 Exhibit Exhibit C to Declaration of Lori |
| 3/4/2011 | 116 | Response to *SBA's* "Pre-Hearing Statement" and Supporting Declaration of Booker Wade |
| 3/2/2011 | 114 | Pre-Hearing Statement (RE: related document(s) 98 Amended Chapter 11Plan, Amended Disclosure Statement). Filed by Attorney US Attorney's Office |
| 3/9/2011 | | Hearing Held (related document(s): 98 Amended Chapter 11 Plan) Off Calendar. |
| 3/9/2011 | | Hearing Continued  35 Motion to Appoint Trustee) Hearing scheduled for 05/13/2011 |
| 12/23/09 | 35 | Motion to Appoint Trustee Filed by Creditor Arlene Stevens (Attachments: # 1 Memorandum of Points and Authorities # 2 Declaration # |

4

Case: 09-58098    Doc# 167    Filed: 05/17/11    Entered: 05/19/11 15:06:31    Page 4 of 8

| | | |
|---|---|---|
| 12/30/2010 | 12/30/2010 | Status Conference Statement of Booker T. Wade in Response to that of SBA |
| 3/4/2011 | 116 | Response to SBA's "Pre-Hearing Statement" and Supporting Declaration of Booker Wade Filed by Booker T. Wade |
| 3/9/2011 | | Transcript of Hearing Held 98 Amended Chapter 11 Plan |
| 3/10/2011 | 3/10/2011 | Motion for Relief from Stay and Memorandum of Points and Authorities in Support of Same Filed by Creditor Sterling Savings Bank (Attachments: # 1 RS Cover Sheet # 2 Declaration of Lori Crechriou Part 1 of 5# 3 Declaration of Lori Crechriou (Part 2 of 5)# 4 Declaration of Lori Crechriou (Part 3 of 5)# 5 Declaration of Lori Crechriou (Part 4 of 5)# 6 Declaration of Lori Crechriou (Part 5 of 5) |
| 3/24/2011 | 122 | Motion to Strike or Otherwise Limit Appearance of Small Business Administration Filed by Responsible Ind Booker T. Wade |
| 3/25/2011 | 121 | Brief/Memorandum in Opposition to *Sterling's Stay Relief Motion* (RE: related document(s) 117 Motion for Relief From Stay). Filed by Debtor TV-32 Digital Ventures Inc. (Shier, Matthew) (Entered: 03/25/2011) |
| 3/30/2011 | 123 | Brief/Memorandum in Opposition to (RE: related document(s) 117 Motion for Relief From Stay). Filed by Responsible Ind Booker T. Wade |
| 4/01/2011 | | Hearing Held (related document(s): 117 Motion for Relief From Stay) Motion for relief from stay is granted effective 45 days from April 1, 2011. Sterling Savings Bank will temporarily agree to forgo the efforts to levy on funds belonging to Arlene Stevens. However, Sterling Savings Bank reserves its rights to defend its claims to the funds in the event that any party in any manner threatens to challenge or interfere with Sterling Savings Bank's rights to levy on those funds. In the event that Sterling Savings Bank is allowed to conduct trustee's sale in 60 days, on May 31,2011, and thereafter confirms that no deficiency results, Sterling Savings Bank agrees to permanently release its claims to the funds belonging toArlene Stevens. If, however, for reasons attributable to others, Sterling Savings Bank is precluded from conducting its trustee's sale on May 31,2011, Sterling Savings Bank reserves its rights to immediate proceed withal efforts to levy upon the funds belonging to Arlene Stevens, and Sterling Savings Bank acknowledges the 14-day stay is not waived. Adequate Protection Order previously entered is prospectively annulled.Mr. Joe is to provide a copy of the file, excluding the deliberative and privileged documents, to Mr. Shier, Mr. Wade and his client, along with the privileged log. Mr. Wade may share the copy of the file with Ms.Stevens. |
| 4/11/2011 | 124 | Objection to Claim *No. 7 filed by Minority Television Project, Inc./KMTP-TV and Memorandum of Points and Authorities in Support of Same* Filed by Creditor Sterling Savings Bank. (Attachments: # 1 Exhibit Request for Judicial Notice)(Stevenson, Rachel) (Entered: 04/11/2011) |

5

Case: 09-58098    Doc# 167    Filed: 05/17/11    Entered: 05/19/11 15:06:31    Page 5 of 8

| | | |
|---|---|---|
| 4/11/2011 | 126 | Brief/Memorandum in Opposition to Motion to Strike or Limit Appearance of SBA Filed by Attorney US Attorney's Office (Joe, Edwin) |
| 4/11/2011 | 127 | Declaration of Edwin Joe in Opposition of Motion to Strike or Limit Appearance of SBA |
| 4/18/2011 | 130 | Order Granting Motion for Relief From Stay |
| 4/19/2011 | 131 | Brief/Memorandum in Opposition to Motion Filed by Responsible Ind Booker T. Wade |
| 4/29/2011 | 136 | Motion to Limit Appearance of Small Business Administration Filed by Booker T. Wade |
| 5/03/2011 | 141 | Motion for Order Directing 2004 Examination of Capital Access Group Inc. Filed by Responsible Ind Booker T. Wade |
| 5/3/2011 | 142 | Motion for Order Directing 2004 Examination of Sterling Savings Bank. Filed by Booker T. Wade |
| 5/4/2011 | 147 | Application for Order Directing 2004 Examination of Small Business Administration. Filed by Booker T. Wade |
| 5/5/2011 | 149 | Order Not Signed Regarding Motion for 2004 Examination |
| 5/5/2011 | 150 | Order Not Signed Regarding Motion for 2004 Examination |

6

| Date | Doc# | Description |
|---|---|---|
| 5/10/2011 | 146 | Motion to Reconsider (RE: related document(s) 149 Order on Motion for Examination, 150 Order on Motion for Examination) . Filed by Responsible Ind Booker T. Wade (Entered: 05/11/2011) |
| 5/11/2011 | 155 | Brief/Memorandum in Opposition to Booker Wade's Ex Parte Motion for Reconsideration for Orders Pursuant to Rule 2004 Filed by Creditor Sterling Savings Bank (Stevenson, Rachel) |
| 5/11/2011 | 157 | Brief/Memorandum in Opposition to Motion to (Strike or) Limit Appearance of SBA Filed by Attorney US Attorney's Office (Joe, Edwin) |
| 5/11/2011 | 158 | Declaration of Xong Vang in Opposition of Motion to Limit Appearance of SBA Filed by Attorney US Attorney's Office |
| 5/11/2011 | 159 | Declaration of James Hammersley in *Opposition of Motion to Limit Appearance of SBA* Filed by Attorney US Attorney's Office (Attachments: # 1 Exhibit Debenture Offering Circular# 2 Exhibit (B) %04 Loan & Debenture |
| 5/11/2011 | 160 | Declaration of David Simmons in Opposition of Motion to Limit Appearance of SBA Filed by Attorney US Attorney's Office (Attachments: # 1 Exhibit(A) Note# 2 Exhibit (B) Closing Letter with Note Terms# 3 Exhibit (C) Deed of Trust# 4 Exhibit (D) Assignment of Deed of Trust# 5 Exhibit (E)Title Policy# 6 Exhibit (F) Payment Information# 7 Exhibit (G) Authorization for 504 Debenture Guarantee ( 504 Loan)# 8 Exhibit (H) Debenture Repuchase Date) |
| 5/12/2011 | 162 | Declaration of David Simmons in Opposition of Motion to Limit Appearance (Refiled to Include Omitted Signature Page - Exhibits not included, See Docket #160 for Full Exhibits*)* Filed by Attorney US Attorney's |
| 5/16/2011 | | Reply to SBA Opposition to Motion to Limit Appearance of Small Business Administration |
| 5/17/2011 | | Ex Parte Motion to Extend Time to File Designation of Record |
| 5/17/2011 | | Addendum to Reply to SBA Opposition to Motion to Limit Appearance of Small Business Administration |
| 5/17/2010 | | Declarations of Booker Wade and Mark Muntean |
| | | |
| | | |
| | | |
| | | |

7

**Proof of Service by Mail**

I, Melvina Jones, am employed in the County of Santa Clara, State of California. I am over the age of eighteen years and not a party to this action. My business address is 1010 Corporation Way, Palo Alto, CA. On May 10, 2011, I deposited in the U S Mail first class postage prepaid, a copy of the document entitled

APPELLANT BOOKER T. WADE JR.'S DESIGNATION OF RECORD
AND TRANSCRIPTS AND STATEMENT OF ISSUES ON APPEAL

and addressed to the persons shown below.

Matthew Shier, Esq.
Pinnacle Law Group
425 California Street Suite 1800
San Francisco, CA 94104

John Wesolowski Esq.
Office of the U.S. Trustee/SJ U.S. Trustee
U.S. Federal Building
280 S. 1st Street, #268
San Jose, CA 95113-3004

Arlene Stevens
P O Box 51310
Palo Alto, CA 94303

Brian Healy Esq.
Tierney, Watson & Healy
595 Market Street Suite 2360
San Francisco, CA 94103

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
Rachel K. Stevenson Esq.
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566

Edwin L. Joe Esq.
Special Assistant U.S. Attorney
U.S. S mall Business Administration
455 Market Street Suite 600
San Francisco, CA 94105-2420

I declare under penalty of perjury under Federal law and laws of the State of California that the foregoing is true and correct.

Executed on May ___, 2011, at Palo Alto, California.

Melvina Jones

Case: 09-58098   Doc# 167   Filed: 05/17/11   Entered: 05/19/11 15:06:31   Page 8 of 8