MATTHEW J. SHIER (SBN: 72638)
JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for
TV-32 DIGITAL VENTURES INC.,
Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>TV-32 DIGITAL VENTURES INC., a California corporation,<br>Tax ID: 20-1198608<br><br>Debtor. | Case No. 09-58098 ASW 11<br><br>Chapter 11<br><br>DEBTOR'S CHAPTER 11 STATUS CONFERENCE STATEMENT<br><br>Date: June 28, 2011<br>Time: 2:00 p.m.<br>Courtroom: 3020, 3rd Floor<br>The Honorable Arthur S. Weissbrodt |

TO: THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE:

TV-32 DIGITAL VENTURES INC., Debtor and Debtor-in-Possession (the "Debtor") hereby respectfully submits its Chapter 11 Status Conference Statement in connection with the status hearing referenced above.

**I.  Case Status**

Sterling has completed its foreclosure sale of the property located at 1010 Corporation Way, Palo Alto, California. There is no longer any basis for a Chapter 11 Plan and the Debtor intends to seek dismissal of this case if the Court is not prepared to dismiss it at this time. There are no assets to administer and conversion of the case to Chapter 7 will serve no purpose.

In the meantime, Mr. Wade—as distinguished from the Debtor—has been involved in various litigation with Sterling, the SBA and KMTP, as follows, all of which now appears to be moot:

1. Appeal of the Sterling stay relief order which is pending;
2. Motion to limit or object to the SBA standing to be heard in this case;
3. Rule 2004 examinations of Sterling and the SBA; and
4. Sterling's objection to the KMTP claim.

## II. Conclusion

This case should be dismissed. If appropriate, the Debtor is prepared to file, set for hearing and serve a dismissal motion within seven days of the date hereof.

Dated: June 15, 2011                                    PINNACLE LAW GROUP LLP

By: /s/ Matthew J. Shier
    Matthew J. Shier, Attorneys for
    TV-32 DIGITAL VENTURES INC., Debtor
    and Debtor-in-Possession

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

# CERTIFICATE OF SERVICE

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On June 15, 2011, I served the documents described as:

**DEBTOR'S CHAPTER 11 STATUS CONFERENCE STATEMENT**

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

Arlene Stevens
P.O. Box 51310
Palo Alto, CA 94303
prevalere@hotmail.com
arlenestevens46@hotmail.com

Arlene D. Stevens
3575 Tripp Road
Woodside, CA 94062-3635

Capital Business Group, Inc.
d/b/a Capital Access Group
150 California Street, Suite 250
San Francisco, CA 94111-4526

TV-32 DIGITAL VENTURES INC.
c/o Booker T. Wade
605 Forest Avenue
Palo Alto, CA 94301

**Attention: CHAMBERS COPIES**
The Honorable Arthur S. Weissbrodt
United States Courthouse, Room 3020
280 South First Street
San Jose, CA 95113-3099

[X] U.S. MAIL: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth above.

[X] BY E-MAIL: On the date stated above, I transmitted such document(s) by electronic mail to the persons listed above at the electronic notification address listed above. The transmission was reported as complete and without error.

[X] BY E-MAIL/NEF: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users.

William J. Healy on behalf of Creditor Arlene Stevens
whealy@campeaulaw.com

Edwin L. Joe on behalf of Attorney US Attorney's Office
edwin.joe@sba.gov

John L. Mlnarik on behalf of Requestor The Mlnarik Law Group, Inc.
john@mlnariklaw.com, mlnariklawecfnoticescanb@gmail.com

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com

5181.001     3     CHAPTER 11 STATUS CONFERENCE STATEMENT

| | |
|---|---|
| 1 | |
| 2 | Rachel K. Stevenson on behalf of Creditor Sterling Savings Bank<br>rnunes@abbeylaw.com |
| 3 | |
| 4 |     I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on June 15, 2011, at San Francisco, California. |
| 5 |                         /s/ Mike Terry |
| 6 |                         MIKE TERRY |

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

5181.001                     4                    CHAPTER 11 STATUS CONFERENCE STATEMENT